**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Wonka Holdings Corp** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-2718539 |
| 4. | Debtor's address | **Principal place of business**<br><br>**561 16th Street**<br>**Brooklyn, NY 11215**<br>Number, Street, City, State & ZIP Code<br><br>**Kings**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Wonka Holdings Corp**_____    Case number (*if known*)_____
           Name

7. **Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

    B. *Check all that apply*
    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ■ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ■ No.
    ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **Wonka Holdings Corp**                                     Case number (*if known*) _____
        Name

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Wonka Holdings Corp**                                    Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 19, 2016**
               MM / DD / YYYY

X _R. λ_____ //_____          **Richard Schragger**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

X _[signature]_____             Date  **September 19, 2016**
Signature of attorney for debtor        MM / DD / YYYY

**Lawrence Morrison**
Printed name

**MORRISON TENENBAUM PLLC**
Firm name

**87 Walker Street, Floor 2**
**New York, NY 10013**
Number, Street, City, State & ZIP Code

Contact phone  **212-620-0938**    Email address  **morrlaw@aol.com, LMORRISON@M-T-LAW.COM**

Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Wonka Holdings Corp |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Bank Equipment Finance PO Box 790448 Saint Louis, MO 63179 | | Vehicle Loan | | | | $8,775.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of New York

In re    **Wonka Holdings Corp**             Case No.
                                                Debtor(s)        Chapter    **11**

## **VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **September 19, 2016**            /s/ R. Schragger
                                                     **Richard Schragger/President**
                                                     Signer/Title

US Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179

WONKA HOLDINGS CORP.

| | |
|---|---|
| Adriana Loor | 30 post st Apt 1 Yonkers, NY 10705 |
| Buying Liu | 441 Methven Grove Dr Cary, NC 27519 |
| Fabiola Ruela | 1193 Hancock St Brooklyn, NY 11221 |
| Guang Xin Wang | 311 Southwood Cir Syosett, NY 11791 |
| Keven Bencosme | 100 herrot st apt lc Yonkers, NY 10701 |
| Ryan Gorman | 22-61 42nd Street Apt#A2 Astoria, NY 11105 |
| Shanell Cepeda | |
| Tatyana Batueva | 1101 36 Ave Apt 3 Astoria, NY 11106 |
| Taylor Box | 75 Cabrim Blvd #46 New York, NY 10033 |
| Yunying Yang | 38 Overbrook Pkwy Wynnewood, PA 19096 |

**MORRISON-TENENBAUM, PLLC**
87 Walker Street, Floor 2
New York, New York 10013
Lawrence F. Morrison, Esq.
(212) 620-0938
Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**WONKA HOLDINGS CORP.,**<br><br>         **Debtor.** | Chapter 11<br><br>Index No. 16-_____ |

## CORPORATE RESOLUTION

At the meeting of the Board of Directors of Wonka Holdings Corp. ("Wonka Holdings"), it was determined to be in the best interests of Wonka Holdings to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code.

Dated: New York, New York
      September **20**, 2016

                              By: _____
                                  Richard Schragger
                                  President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

WONKA HOLDINGS CORP.

        Debtor.

------------------------------------------------------------------X

Chapter 11

Case No. 16-_____ (    )

## AFFIDAVIT PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK   )
                               ) ss:
COUNTY OF NEW YORK  )

I, Richard Schragger, duly sworn, depose and say:

1.     I am the Principal of Wonka Holdings Corp. ("Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this Affidavit in accordance with the S.D.N.Y. Local Bankruptcy Rules in support of the voluntary petition filed by the Debtor under Chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2.     There is no pending bankruptcy case against the Debtor and this petition is filed as a voluntary Chapter 11 proceeding.

3.     The Debtor holding corporation that provides business management services. The Debtor was incorporated on January 7, 2015.

4.     The Debtor is filing a voluntary petition under Chapter 11 of the Bankruptcy Code due to the debts owed to vendors and disputes arising from those vendor expenses.

5.     I have 100% of the ownership interest as principal in the Debtor.

6.     A list of the Debtor's top twenty (20) largest unsecured creditors was filed.

    7.    Currently, the estimated average monthly revenue is about $25,000. The Debtor has 4 employees, and the estimated average monthly payroll is approximately $19,378.27 a month, including payroll taxes. The other expenses are as follows:

    a. Officer compensation: about $8,416.66 a month

    b. Estimated Costs of Goods Sold: $0.00

    c. Estimated Operating expenses, incl. rent: about $9,302.75 a month

    8.    All required schedules, if not filed with the voluntary petition on the date of filing, will be filed within fourteen (14) days of the date filing the Debtor's voluntary petition, which will provide a list of the Debtor's assets, secured creditors and other information required.

Dated: New York, New York
         September 20, 2016

                                 By: Richard Schragger

Sworn to before me this 20th day of September, 2016

_____
Notary Public

LAWRENCE F. MORRISON
Notary Public, State of New York
Registration #02MO6059654
Qualified In New York County
Commission Expires July 28, 2019